**Wallace H. MASON and Lumbermen's Mutual Casualty Company.**

No. 47165.

April 17, 1964.

In re: Marvin W. McKellar, Sr., etc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 700.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the result reached by the Court is correct.

SANDERS and SUMMERS, JJ., are of the opinion the writ should be granted for the reasons assigned in the dissenting opinion of Samuel, J., 159 So.2d 700, 705.

162 So.2d 571

**Emma Fontenot BERTRAND et al. and Cursey J. Vidrine et al.**

v.

**MISSOURI PACIFIC RAILROAD COMPANY.**

No. 47173.

April 17, 1964.

In re: Missouri Pacific Railroad Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Evangeline. 160 So.2d 19.

Writ refused. The result is correct.

162 So.2d 572

**Mrs. Anita LeDoux RIDER et al.**

v.

**MISSOURI PACIFIC RAILROAD COMPANY.**

No. 47178.

April 17, 1964.

In re: Mrs. Anita LeDoux Rider et al. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Evangeline. 160 So.2d 26.

Writ refused. The result is correct.

162 So.2d 572

**Jules CHENEVERT**

v.

**Peter J. LEMOINE.**

No. 47192.

April 17, 1964.

In re: Peter J. Lemoine applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 161 So.2d 85.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.